No. 89–1493.   AIR LINE PILOTS ASSN., INTERNATIONAL *v.* O'NEILL ET AL.   C. A. 5th Cir.   [Certiorari granted, *ante,* p. 806.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 90–18.   GILMER *v.* INTERSTATE/JOHNSON LANE CORP. C. A. 4th Cir.   [Certiorari granted, *ante,* p. 809.]   Motion of respondent to strike portions of *amici curiae* briefs denied.

No. 90–324.   BROWN GROUP, INC., DBA BROWN SHOE CO., INC. *v.* HICKS.   C. A. 8th Cir.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 90–5985.   IN RE GEURIN;
No. 90–5993.   IN RE CYNTJE; and
No. 90–6011.   IN RE GREEN.   Petitions for writs of mandamus denied.

No. 90–634.   COHEN *v.* COWLES MEDIA CO., DBA MINNEAPOLIS STAR & TRIBUNE CO., ET AL.   Sup. Ct. Minn.   Certiorari granted limited to Question 1 presented by the petition.   ■■

No. 90–5635.   MCCARTHY *v.* BRONSON, WARDEN, ET AL. C. A. 2d Cir.   Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted limited to the following question: "Whether 28 U. S. C. § 636(b)(1)(B), which authorizes a district court to refer, without the parties' consent, to a magistrate for recommended findings a prisoner petition that challenges 'conditions of confinement' applies to cases challenging a specific episode of allegedly unconstitutional conduct rather than continuing prison conditions."

No. 90–5744.   CHAPMAN ET AL. *v.* UNITED STATES.   C. A. 7th Cir.   Motion of petitioners for leave to proceed *in forma pauperis* granted.   Certiorari granted.

No. 89–1373.   LISTER *v.* STARK ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 89–7863.   LOPEZ *v.* CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.